UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSALIE T. APTACY,

                                   Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                                   Defendant.
----------------------------------------------------------------X

JUDGMENT
08-CV- 5196 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on April 23, 2009, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to considering the effects of plaintiff's obesity and, if necessary, obtaining testimony from a vocational expert; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to considering the effects of plaintiff's obesity and, if necessary, obtaining testimony from a vocational expert.

Dated: Brooklyn, New York
       April 27, 2009

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court